UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>                    Plaintiff,<br><br>         v.<br><br>LASSEN COUNTY, et al.,<br><br>                    Defendants. | No.  2:16-cv-0946 AC P<br><br><br>ORDER |

Plaintiff, who is detained at the Shasta County Jail, proceeds pro se with a civil rights complaint and a motion to proceed in forma pauperis, both matters filed on May 4, 2016.  On May 19, 2016, plaintiff filed a motion for leave to file an amended complaint.  For the reasons set forth below, the court grants plaintiff's motions to proceed in forma pauperis and to file an amended complaint.

    I.    Motion for Leave to Proceed In Forma Pauperis

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and

forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

    II.    Motion for Leave to File Amended Complaint

    Plaintiff requests leave to file an amended complaint on the ground that he has learned, since the filing of his original complaint, the names of additional defendants.  See ECF No. 5.

    In considering a motion for leave to file an amended pleading, "[t]he court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  At this juncture, no prejudice would befall any party if amendment is permitted, because the court has not screened plaintiff's original complaint pursuant to 28 U.S.C. § 1915A, and no defendant has yet been served process. Therefore, for good cause shown, plaintiff's request for leave to file an amended complaint will be granted.

    Plaintiff is cautioned that the amended complaint will supersede his original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is filed, the original pleading no longer serves any function.  Id.; see also Local Rule 220 (every pleading to which an amendment is permitted as a matter of right shall be retyped and filed so that it is complete in itself without reference to the prior pleading.).  Therefore, the amended complaint must identify in specific terms the challenged conduct of each defendant and how that conduct allegedly violated plaintiff's constitutional rights.  Rizzo v. Goode, 423 U.S. 362, 371 (1976); see also May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980).

    III.    Conclusion

    In accordance with the above, IT IS HEREBY ORDERED that:

    1.  Plaintiff's request for leave to proceed in forma pauperis, ECF No. 2, is granted.

    2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order directed to

2

the Shasta County Sheriff, filed concurrently herewith.

3.  Plaintiff's motion for leave to file an amended complaint, ECF No. 5, is granted.

4.  Plaintiff shall file his amended complaint within thirty days after service of this order. The amended complaint must bear the docket number assigned this case and be labeled "Amended Complaint."

5.  Failure to file an amended complaint in accordance with this order may result in the dismissal of this action without prejudice.

DATED: May 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KASEY F. HOFFMANN,                       No.  2:16-cv-0946 AC

12                 Plaintiff,

13          v.                                 NOTICE OF AMENDMENT

14   LASSEN COUNTY, et al.,

15                 Defendants.

16

17          Plaintiff hereby submits the following document in compliance with the court's order

18   filed_____.

19                 _____          Amended Complaint

20
     DATED:
21

22                                         _____
23                                         Plaintiff

24
25
26
27
28