UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>          Plaintiff,<br><br>     v.<br><br>LASSEN COUNTY, et al.,<br><br>          Defendants. | No.  2:16-cv-0946 JAM AC (PS)<br><br><br><br>ORDER |

   Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the magistrate judge for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).  It appears that plaintiff is an inmate in a correctional facility, and accordingly, motions will be governed by Local Rule 230(*l*).[1]  Defendants have filed a motion to dismiss.  ECF No. 23.

   Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his response to the motion to dismiss no later than 21 days from the date of this order.
2. Defendants shall file their reply, if any, no later than seven (7) days from the filing of plaintiff's response.

////

---

[1] However, plaintiff does not challenge the conditions of his confinement in this lawsuit.

1

3. At the completion of briefing, the matter will be deemed submitted, without the need for oral argument, pursuant to Local Rule 230(*l*).

DATED: March 16, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2