UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN, | No. 2:16-cv-00946-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| LASSEN COUNTY, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this case, and the matter was accordingly referred to the undersigned for pretrial matters pursuant to Local Rule 302(c)(21). On October 26, 2017, defendants submitted a motion for attorneys' fees. ECF No. 39. Plaintiff has not responded. Plaintiff has twenty-one (21) days from the date of this order to respond to defendants' motion, and the lack of response will be construed as non-opposition. If plaintiff files a response, defendants will have seven (7) days from the date a response is filed to file a reply brief. When the deadline to file a response or reply has passed, the matter will be taken under submission.

IT IS SO ORDERED.

DATED: December 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE